

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00275-CV

**IN RE HIGH PERFORMANCE ROPES OF AMERICA, INC.**;
Copper Clad, S.A. de C.V.; Luis Angel Alvarez Bilbao; Jose Ramon Alvarez Bilbao;
Luis Enrique Alvarez Saiz; Eduardo Alvarez Saiz; Pablo Alvarez Saiz;
and Alumoclad de Mexico, S.A. de C.V.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  June 3, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On May 4, 2015, relators filed a petition for writ of mandamus complaining of the trial court's orders denying relators' motions to dismiss for forum non conveniens and for reconsideration. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CVF-001798 D4, styled *CBI Logistics Services, L.L.C. and Caballero Brokers, Inc. v. High Performance Ropes of America, Inc.; Copper Clad, S.A. de C.V.; Luis Angel Alvarez Bilbao; Jose Ramon Alvarez Bilbao; Luis Enrique Alvarez Saiz; Eduardo Alvarez Saiz; Pablo Alvarez Saiz; Alumoclad de Mexico, S.A. de C.V. and E M Cable International, S.A.de C.V.*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale Jr. presiding.